# United States Bankruptcy Court
# Central District of California

1415 State Street, Santa Barbara, CA 93101−2511

## NOTICE OF POSSIBLE DIVIDEND AND ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
RDS Plumbing, Inc.
**SSN:** N/A
**EIN:** 46−1923224

2850 Marietta Circle
Thousand Oaks, CA 91362

**BANKRUPTCY NO.** 9:22−bk−10031−MB
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before September 6, 2022**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: June 1, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**15 /**