Jeremy W. Faith, Chapter 7 Trustee
16030 Ventura Blvd, Suite 470
Encino, CA 91436
Telephone: (818) 705-2777

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

| | |
|---|---|
| **In re:** | Case No. 9:22-10031-MB |
| **RDS PLUMBING, INC.** | Chapter 7 |
| Debtor(s). | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a) |

**TO THE ABOVE NAMED DEBTOR(S) AND ATTORNEY WILLIAM E. WINFIELD:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter was continued to **September 6, 2022  at 01:30 PM** for the reason set forth below:

- Document review.
- No appearance required, this is a holding date.

**All requested documents to be uploaded to the Document Portal.

DATED: August 19, 2022         /s/ Jeremy W. Faith
                               Jeremy W. Faith, Chapter 7 Trustee

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on August 19, 2022.

                               /s/ Lee Dowding
                               Lee Dowding (**7trusteefaith@gmail.com**)

1